(Court of Appeal, Parish of Orleans.)

# HARRY C. MEYERS COMPANY vs. E. B. VASQUEZ, ET AL.

An appeal is not frivolous when the purpose thereof is to suspend the judgment until final action on another judgment for the same debt, but technically not available as *res judicata*.

Appeal from the Civil District Court, Division "C."

B. R. Forman, for plaintiff and appellee.

L. R. Hoover, for defendant and appellant

ST PAUL, J—Appellant has presented neither argument nor brief herein, and we ourselves see nothing erroneous in the judgment appealed from. It will, therefore be affirmed.

Appellee has asked for damages, but we do not think the appeal frivolous. Technically the plea of **res judicata** was not well founded, but appellant was justified nevertheless in having the judgment against him suspended until final action on the other judgment to the end that he might not be condemned twice for the same debt.

Judgment affirmed.

With the understanding, however, that but one execution shall issue for the amount here awarded.